IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ELIZABETH PERRY,**

      **Plaintiff,**

**vs.**                                                    No.  CIV  96 - 1488  JHG/WWD

**JUDY WOODWARD, individually
and as the Bernalillo County Clerk
and the Board of County Commissioners
of the County of Bernalillo,**

      **Defendants.**

## JUDGMENT

The Court having entered its Findings of Fact and Conclusions of Law finding that Defendants are entitled to judgment;

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants, and this action is dismissed with prejudice.

_____
**JOE H. GALVAN**
**United States Magistrate Judge**
**(Sitting by Consent of the Parties)**